UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIVINGSTON CHRISTIAN SCHOOLS,

Plaintiff,

Case No. 15-12793

vs.

HON. GEORGE CARAM STEEH

GENOA CHARTER TOWNSHIP,

Defendant.
______________________________________/

ORDER GRANTING DEFENDANT'S MOTION FOR REVIEW OF TAXED BILL OF COSTS (DOC. 55)

Plaintiff Livingston Christian Schools brought this action, alleging that defendant Genoa Charter Township violated plaintiff's rights under the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C. § 2000cc *et seq*., the First Amendment, and the Fourteenth Amendment. The Court granted summary judgment for defendant on June 30, 2016. This matter is presently before the Court on defendant's motion for review of taxed bill of costs.

The Clerk of Court issued a Taxed Bill of Costs granting costs for docket fees and rejecting sums requested for service fees, court reporter fees, exemplification and copy fees, and other costs. (Doc. 54 at 1).


Defendant petitions the Court to review this Bill of Costs and grant all of defendant's requested fees.

The Court rejects costs for service fees, court reporter fees, and other costs. As stated by the clerk, these costs are not taxable under the Court's Bill of Costs Handbook.

The Court will grant defendant's requested exemplification and copy fees. This request was denied by the clerk because the Bill of Costs Handbook states that such routine copy expenses are not taxable within the discretion of the taxation clerk. The Court, however, may issue an order authorizing the recovery of these costs. *See* 28 U.S.C. § 1920(4).

The Court further affirms the clerk's decision to grant defendant's docket fee request.

Therefore, the Court will GRANT defendant's motion to review the taxed bill of cost and award defendant $141.80 in costs.

IT IS SO ORDERED.

Dated: February 7, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 7, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk